```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3013 |
| v. | ) | |
| | ) | |
| JOHN RAY WILSON, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Plaintiff's motion to set hearing is granted in part and a hearing on defendant's medical fitness to stand trial is set for September 2, 2005 at 2:30 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The request to exclude speedy trial time is denied.

2. The United States Marshal is directed to produce the defendant for the hearing.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge