```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3013 |
| v. ) | |
| ) | |
| JOHN RAY WILSON, ) | |
| ) | ORDER |
| Defendant. ) | |

IT IS ORDERED:

A hearing on defendant's medical condition is set for September 16, 2005 at 11:30 a.m. The United States Marshal shall secure the presence of the defendant for the hearing.

DATED this 13th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge